UNITED STATES DISTRICT COURT
DISTRICT RHODE ISLAND

MARIA CAMPOLUCCI

VS.                                                    CA NO

WAL-MART STORES EAST, LP d/b/a Wal-Mart #2261

COMPLAINT

**Jurisdiction and Venue**

**Allegations Applicable To All Counts**

1.      Plaintiff Maria Campolucci brings this civil action against Defendant  WAL-MART Stores East, LP d/b/a  Wal-Mart #2261  (hereinafter Wal-Mart)  for injuries resulting from the failure of the defendant to properly maintain its premises free from hazards and dangerous conditions.

2.      Plaintiff is a resident of Narragansett, Rhode Island.

3.       Defendant Wal-Mart is a limited partnership organized and existing pursuant to the laws of the State of Delaware with a principal place of business in Bentonville, AK.

4.      Wal-Mart does business throughout the United States including in the State of Rhode Island.  Wal-Mart has minimum contacts in the State of Rhode Island so as to subject itself to the jurisdiction thereof.

5.       This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of or organized under the laws of and maintain their principal places of business in different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

1

6.      At all pertinent times, Defendant was the owner and in control of premises operating as a department and grocery "super-store" located at 1031 Ten Rod Road, North Kingstown, RI.

7.      At all pertinent times,  Defendant was obligated to maintain its premises free of objects, and free of dangerous conditions so as to create a reasonably safe environment for its customers and other persons invited to its premises.

**Count I : Negligence**

8.      On or about April 17, 2023, Plaintiff  was a a business invitee at the aforesaid premises located at 1031 Ten Rod Road, North Kingstown, RI., when Defendant through its agents and servants negligently operated machinery to transport potatoes in the public areas of the store so as to cause a collision with the Plaintiff.

9.      Plaintiff was at all times in the exercise of due care.

10.      As a  result, plaintiff sustained injuries, suffered and may continue to suffer great pain of mind and body, sustained a loss of earning capacity and incurred medical expenses in connection therewith.

    WHEREFORE, plaintiff demands judgment against defendant in such amounts as to adequately compensate her for her losses, plus interest and costs.

**Count  II: Failure to Warn**

11.      Plaintiff realleges paragraphs eight through ten as if fully set forth herein.

12.      The Defendant and its agent and servants failed to warn the Plaintiff  that machinery would be operated in the area where she was shopping,  failed to warn of the presence of the machinery, and failed to warn of the approach of the machinery in the area where Plaintiff was shopping.

13.     As a result, the Defendant's agent or servant struck Plaintiff in the rear while she was in a public area of the store causing her to fall to the ground.

14.     As a  further result, plaintiff sustained injuries, suffered and may continue to suffer great pain of mind and body, sustained a loss of earning capacity and incurred medical expenses in connection therewith.

WHEREFORE, plaintiff demands judgment against defendant in such amounts as to adequately compensate her for her losses, plus interest and costs.

**Count III: Breach of Contract**

15.     Plaintiff realleges paragraphs eight through fourteen as if fully set forth herein.

16.     At all times pertinent hereto plaintiff was a business invitee of the Defendant, who for consideration was shopping at the Defendant's premises.

17.     At all pertinent times,  Defendant impliedly agreed that it would maintain its premises free of objects, and free of dangerous conditions so as to create a reasonably safe environment for its customers and other persons invited to its premises.

18.     Defendant breached its obligation to Plaintiff by its negligent operation of machinery to transport potatoes in the public areas of the store so as to cause a collision with the Plaintiff.

19.      As a  result, plaintiff sustained injuries, suffered and may continue to suffer great pain of mind and body, sustained a loss of earning capacity and incurred medical expenses in connection therewith.

3

WHEREFORE, plaintiff demands judgment against defendant in such amounts as to adequately compensate her for her losses, plus interest and costs.

Plaintiff demands a trial by jury and designates Mark B. Morse as trial counsel.

Plaintiff
By her Attorneys
Law Office of Mark B. Morse, LLC

/s/ Mark B. Morse

_____

Mark B. Morse,
RI Bar Reg No 3003
420 Angell Street
Providence, RI 02906
tel (401) 831-0555
fax (401) 273 0937
mark@morselawoffice.com

4